81 P.3d 1216

# SUPREME COURT OF HAWAI'I

Doe, In re .......................................... 24611      04/30/2003    Vacated and Remanded

Foundation Intern., Inc. v. E.T. Ige
Const., Inc.; E.T. Ige Const., Inc.
v. State, Dept. of Transp., High-
ways Div. ...................... 21479      12/23/2003   Denied      102 Hawai'i 487, 78 P.3d 23

Office of Disciplinary Counsel v.
Sasaki ......................... 23269      05/30/2003   Denied

State v. Kamana'o ................ 25271      12/22/2003   Denied

Dai-Tokoyo Royal State Ins. Co.,
Ltd. v. Yokote .................. 24799      12/26/2003   Denied      103 Hawai'i 181, 80 P.3d 1002

Schenk v. Schenk; Schenk v. Lee .. 24713,     01/15/2004   Denied      103 Hawai'i 303, 81
                           24730                                  P.3d 1218